**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 388 EAL 2018

               Respondent       :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

               v.                     :

                                     :

JARON BROWN,                   :

               Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.